MORRIS RINGULESCO v. JOHN BEAVER. MORRIS RINGULESCO v. GEORGE W. LINCH.—Motions granted unless appellant complies with terms of orders. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOSEPH TAUBER v. WELSH MACHINE WORKS.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WALTER S. HEILBORN v. EUGENE R. ROSENBAUM.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CONSOLIDATED GAS AND GASOLINE COMPANY v. CHARLES N. OVERHOLT.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

OCEANIC INVESTING COMPANY v. TWENTY-EIGHTH STREET AND SEVENTH AVENUE COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of DENIS SHEA, Deceased.— Motions denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ANDREA MELCHIONE v. FIREMEN'S INSURANCE COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HERBERT H. KLEIN v. HENRY SCHLOSS. DAVID ZABLUDOWSKY v. BENJAMIN GOTTFRIED. MOSES COWEN v. MAX RAYMOND.— Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HUMBERTO SAN LUCAS v. CARLOS A. BORNN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

NATIONAL SURETY COMPANY v. JULES BREUCHARD.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

HELEN HUMMEL v. L. S. FISCHL'S SONS. HELEN HUMMEL v. L. S. FISCHL'S SONS. HELEN HUMMEL v. L. S. FISCHL'S SONS. — Motions granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

W. RUTGERS J. PLANTEN v. NASSAU NATIONAL BANK.— Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of FRED H. STUBBE and Others v. ROBERT ADAMSON and Others.— Motion granted; order resettled. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of FRED H. STUBBE and Others v. ROBERT ADAMSON and Others. — Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.